CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/31/2025
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| CHRISTOPHER M.,[1] | |
| *Plaintiff*, | CASE NO. 6:23-cv-00074 |
| v. | ORDER |
| MICHELLE A. KING,[2] ACTING COMMISSIONER OF SOCIAL SECURITY, | JUDGE NORMAN K. MOON |
| *Defendant*. | |

The Court, having adopted the Magistrate Judge's Report & Recommendation in this matter, *see* Dkt. 15 (R&R), and having thereby ordered the dismissal of Plaintiff's case, further **ORDERS** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case is **STRICKEN** from the Court's active docket.

It is **SO ORDERED**.

The Clerk of Court is directed to send this Order to all counsel of record.

ENTERED this 31st day of March, 2025.

*[signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court adopts the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.

[2] Michelle A. King became the Acting Commissioner of Social Security on January 20, 2025. Under Rule 25(d) of the Federal Rules of Civil Procedure, Michelle A. King is substituted for Martin O'Malley as the defendant in this suit. *See also* 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of the Commissioner of Social security or any vacancy in such office.").